SKANDINAVISKA GRANIT AKTIEBOLA-GET, Appellant, v. JOSEPH WEISS, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

JAMES TOOMAN, Respondent, v. GEORGE V. O'NEILL and Others, Defendants. CHARLES SHANKROFF, Appellant.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

OSIAS WEISTHAL, Respondent, v. ARENA BUILDING CORPORATION, Appellant.— Motion to resettle order of November 16, 1928, granted, and order resettled so as to provide that the appeal be argued at the February term instead of the January term. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

CLINTON G. WILBUR, Appellant, v. MORTIMER B. LANE and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

MILDRED M. BENTLEY, Appellant, v. WASHINGTON B. REED, Respondent.— Order denying motion to compel defendant to receive plaintiff's notice of appeal and undertaking affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper and Hagarty, JJ., concur; Young, J., taking no part.

MINNIE A. LLOYD BOYD, Appellant, v. NICHOLAS KNOX and AGNES KNOX, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

In the Matter of Supplementary Proceedings: GEORGE E. DAY, as Assignee of LUIGI RAIO, Appellant, v. PAUL TINNERINO, Respondent, and Others, Defendants. — Order vacating order requiring judgment debtor to appear and be examined affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

In the Matter of the Application of CHARLES F. WARTH, as Executor, etc., of MARY L. ZEYHLE, Deceased, to Compel FRED W. NELLIS, an Attorney at Law of the State of New York, to Pay over Certain Moneys. CHARLES F. WARTH, as Executor, etc., Appellant; FRED W. NELLIS, Respondent.— The court had power to entertain the proceeding. (Sherman v. Yankee Products Corporation, 201 App. Div. 647.) It could, in the exercise of discretion, decline to use it (Schell v. Mayor, etc., 128 N. Y. 67) and we are of the opinion that that discretion was properly exercised in the case at bar. The order is, therefore, modified by striking out the words " and the court is without jurisdiction to entertain this proceeding," and as so modified, affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.